UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 21 2017 ★

BROOKLYN OFFICE

Derrick Anderson
*on behalf of herself and all others similarly situated*,

        Plaintiff,

        -against-

Guess?, Inc.,

        Defendant.

Case No.: 17-CV-1203

NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)

**PLEASE TAKE NOTICE** that the claims of Plaintiff, Derrick Anderson, are hereby dismissed with prejudice, in their entirety, as against Defendant, Guess?, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), without costs or attorneys' fees to any party.

Dated: July 19, 2017
       New York, New York

                          Lee Litigation Group, PLLC
                          30 East 39th Street, Second Floor
                          New York, NY 10016
                          Phone: (212) 465-1188

                          C.K. Lee, Esq. (CL 4086)

SO ORDERED:
  s/ LaShann DeArcy Hall
U.S.D.J.